SCOTT ERIK ASPHAUG
United States Attorney
District of Oregon
**LEAH K. BOLSTAD, OSB #052039**
Leah.Bolstad@usdoj.gov
**LEWIS S. BURKHART, OSB #082781**
Lewis.Burkhart@usdoj.gov
**PARAKRAM SINGH, OSB #134871**
Parakram.Singh@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:19-cr-00333-IM |
| v. | **GOVERNMENT'S FIRST AMENDED WITNESS LIST** |
| **RONALD CLAYTON RHODES and LORENZO LARON JONES,** | |
| **Defendants.** | |

The United States of America plans to call the following witnesses in its case-in-chief at trial:

1. CD1
2. CD2
3. CD3
4. CD4
5. CD5
6. CD6

7. Sahra Ali

8. K.A.

9. Elsa Arenales

10. Portland Police Bureau Detective Charlie Asheim

11. Portland Police Bureau Officer Richard Bailey

12. Olga Bazhinova

13. J.B.

14. Ryan Beal

15. Portland Police Bureau Criminalist Jamin Becker

16. Portland Police Bureau Criminalist Walker Berg

17. Eugene Police Department Officer Neil Biallas

18. Andrew Brach

19. Portland Police Bureau Officer Braithwaite

20. Portland Police Bureau Detective Meghan Burkeen

21. Eugene Police Department Detective David Burroughs

22. Michael Cariola

23. Eugene Police Department Forensic Analyst David Carlisle

24. Springfield Police Department Officer Garcia Cash

25. Ryan Celsi

26. Portland Police Bureau Officer Travis Chapin

27. Portland Police Bureau Detective Brad Clifton

28. Melody Cotter

29. Portland Police Bureau Detective Brian Dale

**Government's First Amended Witness List**  **Page 2**

30. Eugene Police Department Forensic Analyst Rhiannon (Daniel) Demings
31. Internal Revenue Service Special Agent Ursula Dean
32. Portland Police Bureau Detective Bryan Declerque
33. Federal Bureau of Investigation Special Agent Brendon Dennard
34. Portland Police Bureau Officer Dan Dimatteo
35. Portland Police Bureau Officer Paul Dolby
36. Eugene Police Department Officer Natalie Drago
37. Portland Police Bureau Lt. Ken Duilio
38. Oregon State Police Forensic Scientist Jon Dyer
39. Justin Ellis
40. Portland Police Bureau Officer Mark Ellison
41. K.E.
42. ATF Special Agent Caleb Enk
43. F.E.
44. Portland Police Bureau Officer Kameron Fender
45. T.L.F.
46. Erica Garcia
47. Kent Garrison
48. Portland Police Bureau Officer Nicholas Gillingham
49. Portland Police Bureau Detective Lori Goodwin (Fonken)
50. West Linn Police Department Detective Todd Gradwahl
51. Eugene Police Department Officer Trevor Hart
52. Portland Police Bureau Detective Brett Hawkinson

53. Portland Police Bureau Officer Andrew Hearst

54. Portland Police Bureau Officer Jeff Helfrich

55. Portland Police Bureau Detective Jennifer Hertzler

56. Brittany Higgins

57. Jasmine Hill

58. Oregon State Police Forensic Scientist Rob Hilsentager

59. Multnomah. Probation Officer Steve Hollingsworth

60. Portland Police Bureau Officer Sherise Hobbs

61. Latoya Hopkins

62. Multnomah Probation Officer Tiffany Hopwood

63. Jody Hrabal

64. Portland Police Bureau Sgt. Kim Hubbard

65. Portland Police Bureau Officer Jason Hubert

66. Gresham Police Department Detective Fred Huffman

67. Portland Police Bureau Officer David Hughes

68. Portland Police Bureau Sgt. Michele Hughes

69. Sean Hurst, Medical Examiner

70. Portland Police Bureau Officer Mark Johnson

71. Portland Police Bureau Commander Kristina Jones

72. R.J.

73. Laurie Kaminski

74. Federal Bureau of Investigation Special Agent Sean Kennedy

75. Ivan Khylchuk

76. Portland Police Bureau Detective Jason Koenig
77. Portland Police Bureau Detective Travis Law
78. Portland Police Bureau Detective Jim Lawrence
79. Portland Police Bureau Officer Kimberly Liday
80. Portland Police Bureau Lt. Chris Lindsay
81. Eugene Police Department Detective Richard Lowe
82. Oregon State Police Forensic Scientist Shawn Malikowski
83. Portland Police Bureau Officer Thomas Marley
84. Portland Police Bureau Officer Colby Marrs
85. J.M.
86. Drug Enforcement Administration Special Agent Morgan Matthies
87. Decole Maxwell
88. Portland Police Bureau Detective Scott McCollister
89. Portland Police Bureau Officer Pete McConnell
90. Portland Police Bureau Detective Dan McGetrick
91. Portland Police Bureau Officer Kraig McGlathery
92. Portland Police Bureau Criminalist Brad McIntyre
93. Brian Mendez
94. Oregon State Police Forensic Scientist Sean Michaels
95. Deona Mitchell
96. Portland Police Officer Sgt. James Mooney
97. Oregon State Police Forensic Scientist Janelle Moore
98. Multnomah County Probation Officer Christaina Mossor

99. Portland Police Bureau Criminalist Vance Nebling

100. Portland Police Bureau Sgt. Bradley Nutting

101. Teresa Ottele

102. D.P.

103. Portland Police Bureau Officer Colby Panter

104. Federal Bureau of Investigation Special Agent Brendon Parenti

105. Portland Police Bureau Detective Jeff Pontius

106. L.P.P.

107. Portland Police Bureau Forensic Evidence Division Heather Powell

108. Portland Police Bureau Detective Jon Rhodes

109. Eugene Police Department Officer Tyler Richards

110. Lorina Rivera

111. Portland Police Bureau Officer Onest Robert

112. Portland Police Bureau Sgt. Alicia Russell

113. Oregon State Police Forensic Scientist Leland Samuelson

114. Portland Police Bureau Criminalist Alison Schleich

115. Cynthia A. Scholer

116. Portland Police Bureau Officer John Shadron

117. Portland Police Bureau Capt. Rob Simon

118. Portland Police Bureau Sgt. Pete Simpson

119. Portland Police Bureau Detective Mark Slater

120. Federal Bureau of Investigation Special Agent Erich Smith

121. G.S.

122. Richard Smith
123. J.S.
124. Ricardo Solorio-Rodriguez
125. Portland Police Bureau Lt. Lacey Sparling
126. D.S.
127. Portland Police Bureau Detective Brian L. Steed
128. Multnomah County Sheriff's Office Detective Chris Stephens
129. Federal Bureau of Investigation Special Agent Kevin Strauss
130. Portland Police Bureau Officer Matthew Stropko
131. Portland Police Bureau Detective Todd Teats
132. Tonya Teobles
133. Gregory Todd
134. Britney Valencia
135. Portland Police Bureau Officer Steve Vernelson
136. Michael Wallace
137. Portland Police Bureau Sgt. Benson Weinberger
138. Portland Police Bureau Officer Tina Willard
139. Ebonisha Williams
140. Eugene Police Department, Sgt. Jeremy Williams
141. James Winfrey
142. Portland Police Bureau Detective William Winters
143. Benjamin Worden
144. Gresham Police Department Detective Adam Wright

145. Portland Police Bureau ID Tech Randal Yoshimura

146. Portland Police Bureau Officer James Ziegler

The government reserves the right to call such additional witnesses as may become necessary during the trial.

Dated: June 2, 2022.                              Respectfully submitted,

                                                  SCOTT ERIK ASPHAUG
                                                  United States Attorney

                                                  */s/ Leah K. Bolstad*
                                                  LEAH K. BOLSTAD, OSB #052039
                                                  LEWIS S. BURKHART, OSB #082781
                                                  PARAKRAM SINGH, OSB #134871
                                                  Assistant United States Attorneys