NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**LEAH K. BOLSTAD, OSB #052039**
Leah.Bolstad@usdoj.gov
**LEWIS S. BURKHART, OSB #082781**
Lewis.Burkhart@usdoj.gov
**PARAKRAM SINGH, OSB #134871**
Parakram.Singh@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

<br>

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:19-cr-00333-MC |
| v. | 3:22-cr-00137-MC |
| **RONALD CLAYTON RHODES and LORENZO LARON JONES,** | **GOVERNMENT'S THIRD AMENDED WITNESS LIST** |
| **Defendants.** | |

The United States of America plans to call the following witnesses in its case-in-chief at trial:

1. CD1[1]

2. CD2

3. CD3

4. CD4

---

[1] The government has provided the defense with the full names of the "Cooperating Defendant" witnesses CD1-CD6.

**Government's Third Amended Witness List**                                    **Page 1**

5. CD5

6. CD6

7. Sahra Ali

8. Elsa Arenales

9. K.A.[2]

10. Portland Police Bureau Detective Charlie Asheim

11. Portland Police Bureau Officer Richard Bailey

12. Olga Bazhinova (Khylchuk)

13. Ryan Beal

14. Portland Police Bureau Criminalist Jamin Becker

15. Portland Police Bureau Criminalist Walker Berg

16. Eugene Police Department Officer Neil Biallas

17. Andrew Brach

18. Portland Police Bureau Officer Leonard D. Braithwait (retired)

19. Portland Police Bureau Detective Meghan Burkeen

20. Eugene Police Department Detective David Burroughs (retired)

21. Michael Cariola

22. Eugene Police Department Forensic Analyst David Carlisle

23. Springfield Police Department Officer Julio Garcia Cash

24. Matthew Scott Celsi

25. Portland Police Bureau Officer Travis Chapin

---

[2] Certain witnesses are listed in this public filing by initials only due to safety concerns. The government has provided the defense with the full names of these witnesses.

**Government's Third Amended Witness List**                                                      **Page 2**

26. Portland Police Bureau Detective Brad Clifton

27. Melody Cotter

28. Portland Police Bureau Detective Brian Dale

29. Eugene Police Department Forensic Analyst Rhiannon (Daniel) Demings

30. Ursula Dean

31. Portland Police Bureau Detective Bryan Declerque

32. Federal Bureau of Investigation Special Agent Brendon Dennard

33. Portland Police Bureau Officer Dan Dimatteo

34. Portland Police Bureau Detective Paul Dolby (retired)

35. Eugene Police Department Officer Natalie Drago

36. Portland Police Bureau Lieutenant Ken Duilio

37. Oregon State Police Forensic Scientist Jon Dyer

38. Justin Ellis

39. Portland Police Bureau Officer Mark Ellison

40. K.E.

41. ATF Special Agent Caleb Enk

42. F.E.

43. Portland Police Bureau Officer Kameron Fender

44. T.L.F.

45. Erica Garcia

46. Kent Garrison

47. Portland Police Bureau Officer Ty Garrison

48. Chris Gibson

49. Vancouver Police Department Officer Nicholaas Gillingham

50. Portland Police Bureau Detective Lori Goodwin (Fonken) (retired)

51. West Linn Police Department Sergeant Todd Gradwahl

52. Eugene Police Department Officer Trevor Hart

53. Portland Police Bureau Detective Brett Hawkinson

54. Portland Police Bureau Officer Andrew Hearst

55. Portland Police Bureau Sergeant Jeffrey Helfrich (retired)

56. Portland Police Bureau Detective Jennifer Hertzler

57. Brittany Higgins

58. Jasmine Hill

59. Oregon State Police Forensic Scientist Rob Hilsentager

60. Multnomah County Probation Officer Steve Hollingsworth

61. Latoya Hopkins

62. Multnomah County Probation Officer Tiffany Hopwood

63. Jody Hrabal

64. Portland Police Bureau Sergeant Kim Hubbard

65. Portland Police Bureau Officer Jason Hubert

66. Gresham Police Department Detective Fred Huffman

67. Portland Police Bureau Officer David Hughes

68. Portland Police Bureau Sergeant Michele Hughes

69. Sean Hurst, Medical Examiner

70. Portland Police Bureau Criminalist Mark Johnson (retired)

71. Portland Police Bureau Commander Kristina Jones

72. R.J.

73. Laurie Kaminski

74. Federal Bureau of Investigation Special Agent Sean Kennedy

75. Ivan Khylchuk

76. Portland Police Bureau Detective Jason Koenig

77. Portland Police Bureau Detective Travis Law

78. Clark County Sheriff's Office Sergeant Jim Lawrence

79. Portland Police Bureau Officer Kimberly Liday

80. Portland Police Bureau Lieutenant Chris Lindsay

81. Eugene Police Department Detective Richard Lowe

82. Marnisha Lucas

83. Oregon State Police Forensic Scientist Shawn Malikowski

84. Portland Police Bureau Officer Thomas Marley

85. Portland Police Bureau Officer Colby Marrs

86. J.M.

87. Drug Enforcement Administration Special Agent Morgan Matthies

88. Decole Maxwell

89. Portland Police Bureau Detective Scott McCollister

90. Portland Police Bureau Sergeant Peter McConnell (retired)

91. Portland Police Bureau Detective Daniel McGetrick (retired)

92. Portland Police Bureau Lieutenant Kraig McGlathery (retired)

93. Brian Mendez

94. Oregon State Police Forensic Scientist Sean Michaels

95. Deona Mitchell

96. Portland Police Officer Sergeant James Mooney (retired)

97. Oregon State Police Forensic Scientist Janelle Moore

98. Multnomah County Probation Officer Christina Mossor (retired)

99. Portland Police Bureau Criminalist Vance Nebling

100. Portland Police Bureau Sergeant Bradley Nutting

101. Teresa Ottele

102. D.P.

103. Portland Police Bureau Officer Colby Panter

104. Federal Bureau of Investigation Special Agent Brendon Parenti

105. John Preston Perry, Jr.

106. Portland Police Bureau Detective Jeff Pontius

107. L.R.P.

108. Portland Police Bureau Forensic Evidence Division Heather Powell

109. Leonardo Camacho Quintero

110. Portland Police Bureau Detective Jon Rhodes

111. Eugene Police Department Officer Tyler Richards

112. Lorina Rivera

113. Portland Police Bureau Officer Onest Robert

114. Portland Police Bureau Sergeant Alicia Russell

115. Oregon State Police Forensic Scientist Leland Samuelson

116. Portland Police Bureau Criminalist Alison Schleich

117. Cynthia A. Scholer

118. Portland Police Bureau Officer John Shadron

119. Portland Police Bureau Captain Rob Simon

120. Portland Police Bureau Sergeant Peter Simpson (retired)

121. Portland Police Bureau Detective Mark Slater (retired)

122. Federal Bureau of Investigation Special Agent Erich Smith

123. G.S.

124. Lane County Sheriff's Office Deputy Richard Smith (retired)

125. Portland Police Bureau Lieutenant Lacey Sparling

126. D.S.

127. Portland Police Bureau Detective Bryan Steed (retired)

128. Multnomah County Sheriff's Office Detective Chris Stephens

129. Federal Bureau of Investigation Special Agent Kevin Strauss

130. Eugene Police Department Officer Matthew Stropko

131. J.S.

132. Portland Police Bureau Detective Todd Teats

133. Gregory Todd

134. Britney Valencia

135. Portland Police Bureau Detective Steven Vernelson (retired)

136. Michael Wallace

137. Portland Police Bureau Sergeant Benson Weinberger

138. Portland Police Bureau Criminalist Tina Willard (retired)

139. Ebonisha Williams

140. Eugene Police Department, Sergeant Jeremy Williams

141. James Winfrey

142. Portland Police Bureau Detective William Winters

143. Benjamin Worden

144. Gresham Police Department Detective Adam Wright

145. Portland Police Bureau ID Tech Randal Yoshimura

146. Portland Police Bureau Sergeant James Ziegler (retired)

The government reserves the right to call such additional witnesses as may become necessary during the trial.

Dated: September 2, 2022.                           Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Leah K. Bolstad*
LEAH K. BOLSTAD, OSB #052039
LEWIS S. BURKHART, OSB #082781
PARAKRAM SINGH, OSB #134871
Assistant United States Attorneys