# CLERK'S LIST OF WITNESSES

Case No.   3:19-cr-333-MC, 3:22-cr-137-MC          Title: USA v. Rhodes, USA v. Jones

| Date | Time | Witness | Called by |
|---|---|---|---|
| 9/6/2022 | 1:23 pm | Brendon Parenti | Government |
|  | 1:58 p.m. | Defendant Jones Cross Examination of Parenti |  |
|  | 2:26 p.m. | Defendant Rhodes Cross Examination of Parenti |  |
|  | 2:34 p.m. | Redirect of Parenti by Government |  |
| 9/6/2022 | 2:48 p.m. | Depree Sims | Government |
| 9/7/2022 | 9:40 a.m. | Depree Sims (continued) | Government |
|  | 11:22 a.m. | Defendant Jones Cross Examination of Sims |  |
|  | 2:03 p.m. | Defendant Rhodes Cross Examination of Sims |  |
|  | 2:36 p.m. | Redirect of Sims by Government |  |
| 9/7/2022 | 3:03 p.m. | Dan McGetrick | Government |
|  | 3:31 p.m. | Defendant Jones Cross Examination of McGetrick |  |
|  | 3:52 p.m. | Defendant Rhodes Cross Examination of McGetrick |  |
| 9/7/2022 | 3:54 p.m. | Todd Teats | Government |
|  | 4:07 p.m. | Defendant Jones Cross Examination of Teats |  |
|  | 4:08 p.m. | Defendant Rhodes Cross Examination of Teats |  |
| 9/8/2022 | 9:20 a.m. | Sean Hurst | Government |
|  | 10:04 a.m. | Defendant Jones Cross Examination of Hurst |  |
| 9/8/2022 | 10:13 a.m. | Leonard Braithwait | Government |
|  | 10:26 a.m | Defendant Jones Cross Examination of Braithwait |  |
|  | 10:27 a.m. | Defendant Rhodes Cross Examination of Braithwait |  |
| 9/8/2022 | 10:30 a.m. | Steven Vernelson | Government |
|  | 10:45 a.m. | Defendant Jones Cross Examination of Vernelson |  |
|  | 10:48am | Defendant Rhodes Cross Examination of Vernelson |  |
| 9/8/2022 | 11:13 a.m. | Todd Gradwahl | Government |
|  | 11:46 a.m. | Defendant Jones Cross Examination of Gradwahl |  |
|  | 12:08 p.m. | Defendant Rhodes Cross Examination of Gradwahl |  |
|  | 12:15 p.m. | Redirect of Gradwahl by Government |  |
| 9/8/2022 | 1:37 p.m. | James Ziegler | Government |
|  | 2:08 p.m. | Defendant Jones Cross Examination of Ziegler |  |
| 9/8/2022 | 2:34 p.m. | Karl Armstrong | Government |
|  | 2:55 p.m. | Defendant Jones Cross Examination of Armstrong |  |
|  | 4:35 p.m. | Redirect of Armstrong |  |
| 9/9/2022 | 9:26 a.m. | Jeffrey Helfrich | Government |

| | | | |
|---|---|---|---|
| | 9:42 a.m. | Defendant Jones Cross Examination of Helfrich | |
| 9/9/2022 | 9:46 a.m. | Kraig McGlathery | Government |
| | 9:59 a.m. | Defendant Jones Cross Examination of McGlathery | |
| 9/9/2022 | 10:03 a.m. | John Rhodes | Government |
| | 1:20 p.m. | Defendant Jones Cross Examination of Rhodes | |
| | 2:00 p.m. | Defendant Rhodes Cross Examination of Rhodes | |
| 9/9/2022 | 2:44 p.m. | Rusty Rean | Government |
| 9/13/2022 | 10:10 a.m. | Tammy Frazier | Government |
| | 10:22 a.m. | Defendant Jones Cross Examination of Frazier | |
| 9/13/2022 | 10:28 a.m. | Peter McConnell | Government |
| | 11:01 a.m. | Defendant Jones Cross Examination of McConnell | |
| | 11:52 a.m. | Defendant Rhodes Cross Examination of McConnell | |
| | 11:52 a.m. | Government Redirect of McConnell | |
| 9/13/2022 | 1:22 p.m. | Christopher Lindsey | Government |
| | 1:53 p.m. | Defendant Jones Cross Examination of Lindsey | |
| 9/13/2022 | 1:56 p.m. | Robert Simon | Government |
| | 2:04 p.m. | Defendant Jones Cross Examination of Simon | |
| 9/13/2022 | 2:06 p.m. | Vance Nebling | Government |
| 9/13/2022 | 2:27 p.m. | Det. John Rhodes recalled | Government |
| | 3:40 p.m. | Defendant Jones Cross Examination of Det. Rhodes | |
| | 3:59 p.m. | Redirect | |
| 9/13/2022 | 4:01 p.m. | Alicia Russell | Government |
| | 4:08 p.m. | Defendant Rhodes Cross Examination of Russell | |
| 9/13/2022 | 4:10 p.m. | Kimberly Liday | Government |
| | 4:17 p.m. | Defendant Rhodes Cross Examination of Liday | |
| 9/13/2022 | 4:19 p.m. | Travis Michael Jacob | Government |
| | 4:28 p.m. | Defendant Rhodes Cross Examination of Jacob | |
| 9/14/2022 | 9:19 a.m. | Lacey Sparling | Government |
| 9/14/2022 | 9:30 a.m. | Jason Hubert | Government |
| 9/14/2022 | 9:41 a.m. | Peter Simpson | Government |
| | 9:56 a.m. | Defendant Rhodes Cross Examination of Simpson | |
| 9/14/2022 | 10:20 a.m. | Ceontae Poston | Government |
| | 2:17 p.m. | Defendant Jones Cross Examination of Poston | |
| | 3:47 p.m. | Defendant Rhodes Cross Examination of Poston | |
| | 4:28 p.m. | Redirect | |
| 9/15/2022 | 9:06 a.m. | Jeffrey Pontius | Government |
| | 9:34 a.m. | Defendant Jones Cross Examination of Pontius | |
| 9/15/2022 | 9:40 a.m. | Jason Koenig | Government |
| 9/15/2022 | 9:47 a.m. | Charles Asheim | Government |
| | 10:00 a.m. | Defendant Jones Cross Examination of Asheim | |
| 9/15/2022 | 10:03 a.m. | David Hughes | Government |

| Date | Time | Witness / Event | Party |
|---|---|---|---|
| 9/15/2022 | 10:07 a.m. | Brett Hawkinson | Government |
|  | 10:13 a.m. | Defendant Jones Cross Examination of Hawkinson |  |
| 9/15/2022 | 10:35 a.m. | Rusty Rean (continued from 9/9/2022) | Government |
|  | 1:56 p.m. | Defendant Rhodes Cross Examination of Rean |  |
|  | 3:41 p.m. | Defendant Jones Cross Examination of Rean |  |
|  | 9:08 a.m. | Defendant Jones Cross Examination of Rean |  |
|  | 9:58 a.m. | Government Redirect of Rean |  |
| 9/16/2022 | 10:52 a.m. | James C. Mooney | Government |
|  | 11:07 a.m. | Defendant Rhodes Cross Examination of Mooney |  |
|  | 11:16 a.m. | Government Redirect of Mooney |  |
| 9/16/2022 | 11:17 a.m. | Ivan Khylchuk | Government |
|  | 11:25 a.m. | Defendant Rhodes Cross Examination of Khylchuk |  |
| 9/16/2022 | 11:27 a.m. | Todd Teats (recalled) | Government |
|  | 12:07 p.m. | Defendant Rhodes Cross Examination of Teats |  |
| 9/19/2022 | 9:50 a.m. | Elsa Arenales (Interpreter Steven Muzik) | Government |
|  | 10:00 am | Defendant Rhodes Cross Examination of Arenales |  |
| 9/19/2022 | 10:18 a.m. | Jonathan Sutton | Government |
|  | 10:31 a.m. | Defendant Rhodes Cross Examination of Sutton |  |
|  | 10:36 a.m. | Defendant Jones Cross Examination of Sutton |  |
|  | 10:36 a.m. | Redirect |  |
| 9/19/2022 | 10:42 a.m. | Andrew Hearst | Government |
| 9/19/2022 | 11:14 a.m. | Lorina Rivera | Government |
|  | 11:24 a.m. | Defendant Rhodes Cross Examination of Rivera |  |
| 9/19/2022 | 11:26 a.m. | Brad Clifton | Government |
| 9/22/2022 | 9:18 a.m. | Morgan Matthies | Government |
|  | 10:45 a.m. | Defendant Jones Cross Examination of Matties |  |
|  | 10:50 a.m. | Defendant Rhodes Cross Examination of Matties |  |
| 9/22/2022 | 10:56 a.m. | Ken Duilio | Government |
|  | 11:27 a.m. | Defendant Rhodes Cross Examination of Duilio |  |
|  | 11:31 a.m. | Defendant Jones Cross Examination of Duilio |  |
| 9/22/2022 | 11:33 a.m. | Tina Jones | Government |
|  | 11:49 a.m. | Defendant Jones Cross Examination of Jones |  |
| 9/22/2022 | 11:51 a.m. | Recall Charles Asheim | Government |
| 9/22/2022 | 1:32 p.m. | Ty Garrison | Government |
|  | 1:37 p.m. | Defendant Rhodes Cross Examination of Garrison |  |
| 9/22/2022 | 1:41 p.m. | Brian Dale | Government |
|  | 1:53 p.m. | Defendant Rhodes Cross Examination of Dale |  |
| 9/22/2022 | 1:55 p.m. | Sean Michaels | Government |
|  | 2:18 p.m. | Defendant Rhodes Cross Examination of Michaels |  |
|  | 2:23 p.m. | Defendant Jones Cross Examination of Michaels |  |
| 9/22/2022 | 2:25 p.m. | Shawn Malikowski | Government |
|  | 4:01 p.m. | Defendant Rhodes Cross Examination of Malikowski |  |
| 9/22/2022 | 4:04 p.m. | Benjamin Worden | Government |
|  | 4:24 p.m. | Defendant Rhodes Cross Examination of Worden |  |
| 9/22/2022 | 4:31 p.m. | Julio Garcia-Cash | Government |

| Date | Time | Witness / Event | Party |
|---|---|---|---|
| 9/23/2022 | 9:16 a.m. | Natalie Drago | Government |
| 9/23/2022 | 9:23 a.m. | Sean Kennedy | Government |
|  | 10:13 a.m. | Defendant Rhodes Cross Examination of Kennedy |  |
|  | 10:45 a.m. | Defendant Jones Cross Examination of Kennedy |  |
| 9/23/2022 | 10:50 a.m. | Recall Brad Clifton Defendant Rhodes Cross Examination |  |
|  | 11:22 a.m. | Redirect by Government |  |
| 9/23/2022 | 1:00 p.m. | Javier Hernandez | Government |
| 9/26/2022 | 9:05 a.m. | Javier Hernandez | Government |
|  |  | Defendant Rhodes Cross Examination of Hernandez |  |
| 9/26/2022 | 2:23 p.m. | Kristin Emerson | Government |
|  |  | Defendant Rhodes Cross Examination of Cotter |  |
| 9/26/2022 | 3:28 p.m. | Melanie Cotter | Government |
|  |  | Defendant Rhodes Cross Examination of Cotter |  |
|  |  | Redirect by Government |  |
| 9/26/2022 | 4:02 p.m. | Recall Brendon Parenti | Government |
| 9/27/2022 | 9:27 a.m. | Recall Brendon Parenti | Government |
|  |  | Defendant Jones Cross Examination |  |
| 9/27/2022 | 10:26 a.m. | Javoni Matthew | Government |
|  |  | Defendant Rhodes Cross Examination |  |
|  |  | Redirect Government |  |
| 9/27/2022 | 10:49 a.m. | Mark Slater | Government |
| 9/27/2022 | 11:04 am | Richard Bailey | Government/ Defendant Jones |
|  |  | Defendant Jones Cross Examination |  |
| 9/27/2022 | 11:29 a.m. | Brittney Valencia | Government |
|  |  | Defendant Jones Cross Examination |  |
|  |  | Redirect Government |  |
| 9/27/2022 | 11:35 a.m. | Ebonisha Williams | Government |
|  |  | Defendant Jones Cross Examination |  |
|  |  | Redirect Government |  |
| 9/27/2022 | 1:41 p.m. | Michael Wallace | Government |
|  |  | Defendant Jones Cross Examination |  |
| 9/27/2022 | 2:01 p.m. | Andrew Brach | Government |
|  |  | Defendant Jones Cross Examination |  |
|  |  | Redirect Government |  |
| 9/27/2022 | 2:49 p.m. | Brian Mendez | Government |
|  |  | Defendant Jones Cross Examination |  |
|  |  | Redirect Government |  |
| 9/27/2022 |  | Recall Brendon Parenti | Government |
|  |  | Defendant Jones Cross Examination |  |
| 9/27/2022 | 3:17 p.m. | Michael Wallace | Government |
|  |  | Defendant Jones Cross Examination |  |
| 9/27/2022 | 4:19 p.m. | Recall Mark Slater | Government |
| 9/28/2022 | 9:45 a.m. | Alison Schleich | Government |
|  |  | Defendant Jones Cross Examination |  |

| Date | Time | Witness / Action | Party |
|---|---|---|---|
| 9/28/2022 | 10:03 a.m. | Brad Nutting | Government |
|  |  | Defendant Jones Cross Examination |  |
|  |  | Redirect Government |  |
| 9/28/2022 | 10:22am | Gary Smith | Government |
|  |  | Defendant Jones Cross Examination |  |
| 9/28/2022 | 11:16 a.m. | Decole Maxwell | Government |
|  |  | Defendant Jones Cross Examination |  |
|  |  | Redirect Government |  |
| 9/28/2022 | 1:35 p.m. | Devante Spencer | Government |
|  |  | Defendant Jones Cross Examination |  |
| 9/28/2022 | 1:46 p.m. | Sahara Ali | Government |
|  |  | Defendant Jones Cross Examination |  |
| 9/28/2022 | 1:54 p.m. | Leonard Camacho | Government |
|  |  | Defendant Jones Cross Examination |  |
|  |  | Redirect Government |  |
| 9/28/2022 |  | Mark Slater | Government |
|  |  | Defendant Jones Cross Examination |  |
| 9/29/2022 | 9:15am | Travis Law | Government |
|  |  | Defendant Jones Cross Examination |  |
|  |  | Redirect Government |  |
| 9/29/2022 | 9:29 a.m. | Dan DiMatteo | Government |
|  |  | Defendant Jones Cross Examination |  |
| 9/29/2022 | 9:51 a.m. | Mark Slater |  |
|  |  | Defendant Jones Cross Examination, continued |  |
|  |  | Redirect Government |  |
| 9/29/2022 | 11:29 a.m. | Ursula Dean | Government |
|  |  | Defendant Jones Cross Examination |  |
| 9/29/2022 | 1:30 p.m. | Colby Panter | Government |
|  |  | Defendant Jones Cross Examination |  |
|  |  | Redirect Government |  |
| 9/29/2022 | 2:03 p.m. | Sean Kennedy | Government |
|  |  | Defendant Jones Cross Examination |  |
| 9/29/2022 | 2:47 p.m. | Jonathan Dyer | Government |
|  |  | Defendant Jones Cross Examination |  |
| 9/29/2022 | 3:15 p.m. | Janelle Moore | Government |
|  |  | Defendant Jones Cross Examination |  |
| 9/30/2022 | 9:09 a.m. | Nicholaas Gillingham | Government |
|  |  | Defendant Jones Cross Examination |  |
|  |  | Defendant Rhodes Cross Examination |  |
| 9/30/2022 | 9:18 a.m. | Jennifer Hertzler | Government |
|  |  | Defendant Jones Cross Examination |  |
| 9/30/2022 | 9:41 a.m. | Kent Garrison | Government |
|  |  | Defendant Jones Cross Examination |  |
|  |  | Redirect Government |  |
| 9/30/2022 | 10:57 a.m. | Tyler Richards | Government |

| | | | |
|---|---|---|---|
| | | Defendant Jones Cross Examination | |
| | | Redirect Government | |
| 9/30/2022 | 11:07 a.m. | Fredrick W. Huffman IV | Government |
| | | Defendant Jones Cross Examination | |
| | | Redirect Government | |
| 9/30/2022 | 1:59 p.m. | Recall Sean Kennedy | Government |
| | | Defendant Jones Cross Examination | |
| 9/30/2022 | 3:37 p.m. | Adam Wright | Government |
| 10/3/2022 | 11:32 a.m. | Defendant Jones Cross Examination | |
| | | Redirect Government | |
| 10/3/2022 | 12:00 p.m. | Chris Gibson | Government |
| | | Defendant Jones Cross Examination | |
| 10/3/2022 | 1:34 p.m. | Keith Woody | Government |
| | | Defendant Jones Cross Examination | |
| 10/4/2022 | 9:00 a.m. | Defendant Jones Cross Examination – Woody | |
| | | Defendant Rhodes Cross Examination – Woody | |
| | 11:42 a.m. | James Lawrence | Government |
| | | Defendant Jones Cross Examination | |
| | | Defendant Rhodes Cross Examination | |
| | | Redirect Government | |
| 10/4/2022 | 1:45 p.m. | Kevin Strauss | Government |
| | | Defendant Jones Cross Examination | |
| | | Defendant Rhodes Cross Examination | |
| | | Redirect Government | |
| 10/4/2022 | 2:04 p.m. | Benson Weinberger | Government |
| 10/4/2022 | 2:10 p.m. | Kameron Fender | Government |
| 10/4/2022 | 2:21 p.m. | Meghan Burkeen | Government |
| 10/4/2022 | 2:59 p.m. | Riley Jones | Government |
| | | Defendant Jones Cross Examination | |
| 10/4/2022 | 3:27 p.m. | David Burroughs | Government |
| | | Defendant Jones Cross Examination | |
| | | Redirect Government | |
| 10/4/2022 | 3:54 p.m. | Recall Sean Kennedy | Government |
| | | Defendant Jones Cross Examination | |
| 10/5/2022 | 9:20 a.m. | Erich Smith | Government |
| | | Defendant Jones Cross Examination | |
| | | Redirect Government | |
| 10/5/2022 | 10:53 a.m. | Seth Stephens | Government |
| | | Defendant Jones Cross Examination | |
| | | Redirect Government | |
| 10/5/2022 | 1:42 p.m. | Matthew Stropko | Government |
| | | Defendant Jones Cross Examination | |
| | | Redirect Government | |
| 10/5/2022 | 1:59 p.m. | Ryan Beal | Government |
| | | Defendant Jones Cross Examination | |

| 10/5/2022 | 2:11 p.m. | Matthew Celsi | Government |
|---|---|---|---|
|  |  | Defendant Jones Cross Examination |  |
| 10/5/2022 | 2:17 p.m. | Onest Robert | Government |
|  | 2:25 p.m. | Brian Declercque | Government |
|  |  | Defendant Jones Cross Examination |  |
|  |  | Redirect Government |  |
| 10/5/2022 | 3:48 p.m. | Recall Charles Asheim | Government |
|  |  | Defendant Jones Cross Examination |  |
|  |  | Defendant Rhodes Cross Examination |  |
| 10/6/2022 | 9:19 a.m. | Shawn Malikowski recalled by Government | Government |
|  | 9:37 a.m. | Defendant Jones Cross Examination |  |
|  | 9:48 a.m. | Redirect |  |
| 10/6/2022 | 9:49 a.m. | Brendon Parenti recalled by Government | Government |
|  | 10:56 a.m. | Defendant Jones Cross Examination |  |
|  | 1:18 p.m. | Continued Cross Examination by Jones (after lunch break) |  |
|  | 1:19 p.m. | Cross Examination by Rhodes |  |
|  | 4:01 p.m. | Redirect by Government |  |
|  | 4:13 p.m. | Re-Cross Examination by Rhodes |  |
|  | 4:16 p.m. | Continued Redirect by Government |  |
|  | 4:17 p.m. | Caleb Enk | Government |
|  | 4:33 p.m. | Government rests. |  |
| 10/11/2022 | 10:19 a.m. | Matters for the court end 10:36 a.m. | Judge McShane |
|  | 10:42 a.m. | Witness direct - Aline Rhodes | Defendant |
|  | 10:58 a.m. | Cross Examination Aline Rhodes | Government |
|  | 11:01 a.m. | Redirect by Defendant | Defendant |
|  | 11:05 a.m. | Witness direct – Chasity Malatesta | Defendant |
|  | 11:17 a.m. | Cross Examination – Chasity Malatesta (no redirect) | Government |
|  | 11:20 a.m. | Witness direct – Nor-Anne "Nori" Hoover | Defendant |
|  | 11:30 a.m. | Cross Examination – Nor-Anne "Nori" Hoover | Government |
|  | 11:32 a.m. | Matters for the court | Judge McShane |
|  | 11:52 a.m. | Recess |  |
|  | 1:16 p.m. | Matters for the court | Judge McShane |
|  | 1:28 p.m. | Witness direct Steven Wilson | Defendant |
|  | 1:34 p.m. | Cross Steven Wilson | Government |
|  | 1:35 p.m. | Witness direct Jacqueline Joseph (no cross) | Defendant |
|  | 2:12 p.m. | Witness direct Alicia Brown Golden | Defendant |
|  | 2:25 p.m. | Break |  |
|  | 2:37 p.m. | Reconvene direct Alicia Brown Golden | Defendant |
|  | 2:39 p.m. | Cross Alicia Brown Golden | Government |
|  | 2:52 p.m. | End witness Golden |  |
|  | 2:53 p.m. | Matters for the court (Proposed Jury Instructions) | Judge McShane |
|  | 4:55 p.m. | End |  |
| 10/12/2022 | 9:08 a.m. | Matters for the court | Judge McShane |
|  | 9:40 a.m. | Direct Remote Witness Ricky Poe | Defendant |
|  | 9:58 a.m. | Cross Remote Witness Ricky Poe | Government |

|  | 10:06 a.m. | Witness direct Franklin Edward Wong | Defendant |
|---|---|---|---|
|  | 10:46 a.m. | Recess |  |
|  | 11:07 a.m. | Reconvene direct Witness Franklin Wong | Defendant |
|  | 11:41 a.m. | Cross Franklin Wong | Government |
|  | 12:01 p.m. | Redirect Franklin Wong | Defendant |
|  | 12:12 p.m. | Recess |  |
|  | 1:30 p.m. | Witness direct June Edwards | Defendant |
|  | 1:41 p.m. | Cross June Edwards | Government |
|  | 1:43 p.m. | Witness direct Sergio Perez | Defendant |
|  | 2:27 p.m. | Cross Sergio Perez | Government |
|  | 2:37 p.m. | Redirect Sergio Perez | Defendant |
|  | 2:42 p.m. | Defendant Jones' – Two stipulations read into the record | Defendant |
|  | 2:47 p.m. | Direct Josh Cohen | Defendant |
|  | 3:12 p.m. | Cross Josh Cohen | Government |
|  | 3:15 p.m. | Matters for the court / Brief recess | Judge McShane |
|  | 3:30 p.m. | Witness direct Matt Noedel | Defendant |
|  | 4:02 p.m. | Cross Witness Matt Noedel |  |
|  | 4:13 p.m. | Redirect Matt Noedel |  |
|  | 4:21 p.m. | Defense rests |  |
|  | 4:24 p.m. | Matters for the court | Judge McShane |
|  | 4:30 p.m. | Instructions to the Jury | Judge McShane |
|  | 5:45 p.m. | Matters for the court | Judge McShane |
|  | 5:47 p.m. | End of day |  |
| 10/13/2022 | 9:00 a.m. | Matters for the court | Judge McShane |
|  | 9:17 a.m. | Government closing | Lewis Burkhart |
|  | 10:20 | Recess |  |
|  | 10:30 | Government closing (reconvene) |  |
|  | 11:38 a.m. | Recess |  |
|  | 12:35 p.m. | Closing for Defendant Rhodes | Benjamin Kim |
|  | 2:05 p.m. | Recess |  |
|  | 2:15 p.m. | Closing for Defendant Rhodes | Benjamin Kim |
|  | 3:15 p.m. | Recess |  |
|  | 3:25 p.m. | Closing for Defendant Jones | Richard L. Wolf |
|  | 5:10 p.m. | Recess |  |
|  | 5:18 p.m. | Closing for Defendant Jones (reconvene) | Richard L. Wolf |
|  | 5:42 p.m. | Closing for Government | Leah Bolstad |
|  | 6:40 p.m. | End Government closing |  |
|  | 6:49 p.m. | Matters for the court | Judge McShane |
|  | 6:53 p.m. | End of day |  |